**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **SAVANNAH THOMPSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **12-cv-2656-CM-KGG** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **NATIONAL CREDIT ADJUSTERS,** | ) | |
| **LLC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ENTRY OF DEFAULT

Plaintiff Savannah Thompson has requested that default be entered against Defendant National Credit Adjusters, LLC.  From the record and the Clerk's file in this case, Defendant has failed to appear, plead or otherwise defend in this case.

THEREFORE, upon request of Plaintiff and pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, default is entered against Defendant National Credit Adjusters, LLC.

Dated this 30th day of November, 2012.

UNITED STATES DISTRICT CLERK
DISTRICT OF KANSAS
TIMOTHY M. O'BRIEN, CLERK

s/ Merry Morales
DEPUTY CLERK