IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| SAVANNAH THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | 12-cv-2656-CM-KGG |
| | ) | |
| v. | ) | Judge Murguia |
| | ) | Magistrate Judge Gale |
| NATIONAL CREDIT ADJUSTERS, LLC., | ) ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
PURSUANT TO SETTLEMENT**

NOW COMES the Plaintiff, SAVANNAH THOMPSON, by and through her attorneys, SMITHMARCO, P.C., and for her Notice of Voluntary Dismissal, Plaintiff states as follows:

1. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby notifies this Honorable Court that the Plaintiff voluntarily dismisses her case pursuant to a settlement agreement reached by the parties.

2. The Defendant in this case has filed neither an answer to Plaintiff's complaint nor a motion for summary judgment.

3. Plaintiff requests that this case be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which this action was brought having been fully settled, compromised and adjourned.

                                                Respectfully submitted,
                                                **SAVANNAH THOMPSON**

                                          By:    s/ D. Matthew Durgin
                                                   Attorney for Plaintiff

Dated: December 18, 2012

D. Matthew Durgin (Atty. No.: 21557)

2

SMITHMARCO, P.C.
8508 W. 90th Terrace
Overland Park, KS 66212
Telephone:   (913) 908-2313
             (913) 871-4170
Facsimile:   (888) 418-1277
E-Mail:      mdurgin@smithmarco.com

2